```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-11-258 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| FRANCISCO GONZALEZ-CARDENA, aka Francisco Cadena Gonzalez, | |
| Defendant. | |

The parties request that the status conference in this case set for November 22, 2011, be continued to January 10, 2012 at 9:15 a.m. They stipulate that the time between November 22, 2011, and January 10, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties need additional time to review the facts and evidence affecting the guidelines calculations in this case. The parties stipulate that the ends of justice are served by granting the continuance so that counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate and agree

1

that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §(7)(B)(iv).

Dated: November 16, 2011   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

　　　　　　　　　　　　　　　　 /s/ Michele Beckwith
　　　　　　　　　　　　　　By: Michele Beckwith
　　　　　　　　　　　　　　　　 Assistant U.S. Attorney

Dated: November 16, 2011

　　　　　　　　　　　　　　　　 /s/Matthew C. Bockmon
　　　　　　　　　　　　　　　　 MATTHEW C. BOCKMON
　　　　　　　　　　　　　　　　 Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference previously set for November 22, 2011, be continued to January 10, 2012, at 9:15 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from November 22, 2011, to and including, the January 10, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: November 17, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT