```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Matthew C. Bockmon, Bar # 161566
    Assistant Federal Defender
 3  801 I Street, 3rd. Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    FRANCISCO GONZALEZ-CARDENA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-11-258 LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME** |
| v. | ) **PURSUANT TO THE SPEEDY TRIAL ACT** |
| FRANCISCO GONZALEZ-CARDENA, | ) Date: March 6, 2012<br>) Time: 9:15 a.m.<br>) Judge: Lawrence K. Karlton |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, FRANCISCO GONZALEZ-CARDENA, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Tuesday, January 10, 2012, be continued to Tuesday, March 6, 2012, at 9:15 a.m.

The reason for this continuance is because the parties are still waiting to receive the pre-plea investigation report from probation, and for meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, January 5, 2012, through and including the date of the new status conference hearing, March 6, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

///

///

counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 5, 2012

Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney

By:

*/s/ Matthew C. Bockmon for*  
MICHELE BECKWITH  
Assistant U.S. Attorney  
Attorney for United States

DANIEL J. BRODERICK  
Federal Defender

*/s/ Matthew C. Bockmon*  
MATTHEW C. BOCKMON  
Assistant Federal Defender  
Attorney for Defendant  
FRANCISCO GONZALEZ-CARDENA

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 9, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, January 10, 2012, be vacated and that the case be set for **Tuesday, March 6, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 9, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, January 5, 2012, through and including March 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 9, 2012

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT

2