DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO GONZALEZ-CARDENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO GONZALEZ-CARDENA,<br><br>　　　　　Defendant. | CASE NO. CR. S-11-258 LKK<br><br>**STIPULATION ANDORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**<br><br>Date: March 13, 2012<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, FRANCISCO GONZALEZ-CARDENA, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Tuesday, March 6, 2012, be continued to Tuesday, March 13, 2012, at 9:15 a.m.

The reason for this continuance is because the pre-plea report in this matter was just received yesterday, and defense counsel needs additional time to visit the client at the jail to review the report with him.

It is further stipulated that the time period from the date of this stipulation, March 1, 2012, through and including the date of the new status conference hearing, March 13, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

///

///

///

with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 1, 2012

Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney

By:

 */s/ Matthew C. Bockmon for*  
MICHELE BECKWITH  
Assistant U.S. Attorney  
Attorney for United States

DANIEL J. BRODERICK  
Federal Defender

 */s/ Matthew C. Bockmon*  
MATTHEW C. BOCKMON  
Assistant Federal Defender  
Attorney for Defendant  
FRANCISCO GONZALEZ-CARDENA

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 1, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, March 6, 2012, be vacated and that the case be set for **Tuesday, March 13, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 1, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, March 1, 2012, through and including March 13, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: March 1 , 2012

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT

2